■ FLORA MACKLER, Plaintiff, v ROBERT STERTZ, Defendant and Third-Party Plaintiff-Appellant. ROYAL GLOBE INSURANCE COMPANY, Third-Party Defendant-Respondent.—Judgment of the Supreme Court, Queens County, dated March 20, 1980, affirmed insofar as appealed from, without costs or disbursements. (See *Doyle v Allstate Ins. Co.*, 1 NY2d

439, which is indistinguishable from the case at bar.) Damiani, J. P., Titone, Cohalan and Weinstein, JJ., concur.